# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand twenty-four,

Dr. Louis Emovbira Williams,

    Plaintiff - Appellee,

v.

Federal Government of Nigeria, Attorney General of the Federal Government of Nigeria,

    Defendants-Appellants,

Central Bank of Nigeria, JPMorgan Chase & Co., John Does 1-10,

    Defendants.

**ORDER**
Docket No. 24-2329

    Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 26, 2024 as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before November 26, 2024. The appeal is dismissed effective November 26, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

