## A.O.E LAW & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
BUNKER HILL TOWER
800 W. 1ST STREET, SUITE 400
LOS ANGELES, CA 90012
CALL: 213.620.7070 FAX: 213.620.1200

ANTHONY O. EGBASE, ESQ.*
SHANA Y. STARK, ESQ.

GERALD O. EGBASE, ESQ
ALIYAH J. GUIDRY, ESQ.
DEBRA WILLIAMS (MANAGER).

November 26, 2024          <u>**VIA ECF**</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

### Williams v. Federal Government of Nigeria

### Docket #: 24-2329

### Re. <u>**Certificate of Compliance ( Word Count)**</u>

Dear Catherine:

    This letter is to clarify the difference in Word Court between the Appellant's Brief filed on November 22, 2024, and the Appellant's Brief filed on November 25, 2024, to cure the Defective Filing.

    After the Appellant filed the Appellant's Brief on November 22, 2024, the filing portal would not accept the single-volume Appendix due to size issues. The single-volume Appendix was too large. Consequently, the Appellant had to reduce the single-volume Appendix to five (5) smaller volumes.

    To properly cite the corresponding different volumes and pages from the Appendix and also to differentiate the Appendix from the Special Appendix within the text of the Appellant's Brief, the Appellant had to include a citation of the different volumes and pages into the text of the Appellant's Brief by inserting the terms like:

" <u>Appx. Vol.1 at</u>" before each page of the Appendix cited within the text of the Brief

2 | P a g e

and

"SAppx. at" before each page of the Special Appendix cited within the text of the Brief

     Adding these terms before several cited pages of the Appendix and Special Appendix within the Appellant Brief's context resulted in the difference in word count. The Appellant did not add or change any argument within the Appellant Brief filed on November 25, 2024, to cure the defective filing.

     We thank the Court for its attention and courtesies in this matter.

Dated:  November 26, 2024                 Respectfully submitted,

                                                     */s/ Gerald O. Egbase*
                                                     Gerald O. Egbase
                                                     **AOE Law & Associates**
                                                     800 W. 1st Street, Suite 400
                                                     Los Angeles, California 90012
                                                     Tel:(213)620-7070
                                                     Fax (818)450-1456
                                                     Email:ge-aoe@baselaw.net

cc.  Via ECF

Baruch S. Gottesman, Esq.